Dwight David **LEWIS**, Petitioner–
Appellant,

v.

**K.W. DAVIS**, Warden, Respondent–
Appellee.

No. 08–7702.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 29, 2008.

Dwight David Lewis, Appellant Pro Se.

Before MICHAEL, TRAXLER, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dwight David Lewis seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2000) petition as successive.
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. *See* 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that any as-
sessment of the constitutional claims by
the district court is debatable or wrong
and that any dispositive procedural ruling
by the district court is likewise debatable.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001). We have independently re-
viewed the record and conclude that Lewis
has not made the requisite showing. Ac-
cordingly, we deny a certificate of appeala-
bility and dismiss the appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*